**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA - Eastern Division
CIVIL MINUTES - GENERAL

Case No.    EDCV 06-00420 SGL(OPx)                     Date: November 27, 2006

Title:    JOSE MALDONADO -v- BEST BUY STORES, L.P., BEST BUY CO., INC., DOES 1-100, inclusive

===========================================================================

PRESIDING:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                              Theresa Lanza
Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Michael T. Carr                         Donna Mo


PROCEEDINGS:    SCHEDULING CONFERENCE PURSUANT TO FRCP 26(f)

The Court having conferred with counsel, the scheduling conference pursuant to FRCP 26(f) is continued by stipulation to January 8, 2007, at 9:30 a.m.

IT IS SO ORDERED.


MINUTES FORM 90                                         Initials of Deputy Clerk: jh
CIVIL -- GEN                     Page 1                 Time: 00/05